IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**08 C 749**

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>Plaintiffs,<br><br>vs.<br><br>SUN INDIA PHARMACEUTICAL INDUSTRIES LIMITED (a/k/a/ SUN PHARMACEUTICAL INDUSTRIES LIMITED),<br><br>Defendant. | Civil Action No.<br>**JUDGE CASTILLO**<br>**MAGISTRATE JUDGE VALDEZ** |

**FILED**
**FEBRUARY 4, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF PATENT CLAIMS

Pursuant to Local Rule L.R. 3.4 of the United States District Court for the Northern District of Illinois and 35 U.S.C. § 290, Plaintiffs Forest Laboratories, Inc., Forest Laboratories Holdings, Ltd., Merz Pharma GmbH & Co. KGaA, and Merz Pharmaceuticals GmbH hereby provide a Notice of Claims involving the following U.S. Patents:

| U.S. Patent No. | Inventors |
|---|---|
| 5,061,703 | Joachim Bormann, Markus R. Gold, Wolfgang Schatton |
| 5,061,703 C1 | Joachim Bormann, Markus R. Gold, Wolfgang Schatton |

This action involves the following parties:

| | |
|---|---|
| <u>Plaintiffs</u>: | Forest Laboratories, Inc.<br>909 Third Avenue<br>New York, New York 10022 |
| | Forest Laboratories Holdings, Ltd.<br>Milner House<br>8 Parliament Street<br>Hamilton JM11, Bermuda |
| | Merz Pharma GmbH & Co. KGaA<br>Eckenheimer Landstraße 100<br>D-60318 Frankfurt am Main, Germany |
| | Merz Pharmaceuticals GmbH<br>Eckenheimer Landstraße 100<br>D-60318 Frankfurt am Main, Germany |
| <u>Defendants</u>: | Sun India Pharmaceutical Industries Limited (a/k/a Sun Pharmaceutical Industries Limited)<br>Acme Plaza<br>Andheri Kurla Road<br>Andheri (East), Mumbai - 400 059<br>Maharashtra, India |

Dated: February 4, 2008                    Respectfully submitted,


                                           KIRKLAND & ELLIS LLP


                                           */s/ William E. Devitt*

                                           William E. Devitt  (6229133)
                                           200 East Randolph Drive
                                           Chicago, IL 60601
                                           (312)-861-2200

                                           *Attorneys for Plaintiffs*


*Of Counsel:*

John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800


F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939