**FILED**
**FEBRUARY 4, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>   Plaintiffs,<br><br>  vs.<br><br>SUN INDIA PHARMACEUTICAL INDUSTRIES LIMITED (a/k/a/ SUN PHARMACEUTICAL INDUSTRIES LIMITED),<br><br>   Defendant. | Civil Action No. _____<br><br>**08 C 749**<br><br>**JUDGE CASTILLO**<br>**MAGISTRATE JUDGE VALDEZ** |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
MERZ PHARMA GMBH & CO. KGAA**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Merz Pharma GmbH & Co. KGaA (a nongovernmental corporate party) makes the following disclosure statement:

**I.   PARENT CORPORATIONS**

The parent corporation of Merz Pharma GmbH & Co. KGaA is Merz GmbH & Co. KGaA.

**II.   PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF ITS STOCK**

As of February 4, 2008, no publicly held corporation owns 10% or more of Merz Pharma GmbH & Co. KGaA's stock.

Dated:  February 4, 2008                    Respectfully submitted,

KIRKLAND & ELLIS LLP


 /s/ William E. Devitt

William E. Devitt (6229133)
200 East Randolph Drive
Chicago, IL 60601
(312)-861-2200

*Attorneys for Plaintiffs*

*Of Counsel:*

John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939