**FILED**
**FEBRUARY 4, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>    Plaintiffs,<br><br>vs.<br><br>SUN INDIA PHARMACEUTICAL INDUSTRIES LIMITED (a/k/a/ SUN PHARMACEUTICAL INDUSTRIES LIMITED),<br><br>    Defendant. | Civil Action No. _____<br><br>**08 C 749**<br><br>**JUDGE CASTILLO**<br>**MAGISTRATE JUDGE VALDEZ** |

RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
FOREST LABORATORIES HOLDINGS, LTD.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Forest Laboratories Holdings, Ltd. (a nongovernmental corporate party) makes the following disclosure statement:

**I.     PARENT CORPORATIONS**

The parent corporation of Forest Laboratories Holdings, Ltd. is Forest Laboratories, Inc.

**II.    PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF ITS STOCK**

As of February 4, 2008, Forest Laboratories, Inc. owned 10% or more of Forest Laboratories Holdings, Ltd.'s stock.

Dated:  February 4, 2008                Respectfully submitted,

                                        KIRKLAND & ELLIS LLP


                                        */s/ William E. Devitt*

                                        William E. Devitt (6229133)
                                        200 East Randolph Drive
                                        Chicago, IL 60601
                                        (312)-861-2200

                                        *Attorneys for Plaintiffs*

*Of Counsel:*

John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939