# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>     Plaintiffs,<br><br>  vs.<br><br>SUN INDIA PHARMACEUTICAL INDUSTRIES LIMITED (a/k/a/ SUN PHARMACEUTICAL INDUSTRIES LIMITED),<br><br>     Defendant. | Civil Action No. 1:08-CV-00749-RC |

## NOTICE OF VOLUNTARY DISMISSAL

To: Clerk of the Court

PLEASE TAKE NOTICE that Plaintiffs, pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., through their undersigned counsel, hereby dismiss the above-captioned matter without prejudice.

Case 1:08-cv-00749   Document 10   Filed 02/28/2008   Page 2 of 2

Dated: February 28, 2008

Respectfully submitted,

KIRKLAND & ELLIS LLP

/s/ William E. Devitt

William E. Devitt (6229133)
200 East Randolph Drive
Chicago, IL 60601
(312)-861-2200

*Attorneys for Plaintiffs*

*Of Counsel:*

John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800


F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

2